IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-CR-00278-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  EDWARD OSEI BOADI,

    Defendant.

_____

### ORDER SETTING TRIAL DATES AND DEADLINES
_____

This matter has been scheduled for a 3-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **September 21, 2009 at 8:00 a.m.**  It is

ORDERED that all pretrial motions shall be filed by **August 14, 2009** and responses to these motions shall be filed by **August 21, 2009.**  It is further

ORDERED that a Trial Preparation Conference is set for **September 18, 2009 at 3:30 p.m.** in Courtroom A701.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

4)	anticipated evidentiary issues;

5)	any stipulations as to fact or law; and

6)	any other issue affecting the duration or course of the trial.

DATED July 17, 2009.

                                                        BY THE COURT:

                                                        <u>s/ Philip A. Brimmer</u>
                                                        PHILIP A. BRIMMER
                                                        United States District Judge