### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00278-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  EDWARD OSEI BOADI,

    Defendant.
_____

### MINUTE ORDER
_____
**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the change of plea hearing previously scheduled for **December 17, 2009 at 1:30 p.m.** is VACATED and RESCHEDULED for **December 23, 2009 at 2:00 p.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED December 16, 2009.